NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOMMY D. PARRISH,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2010-7010

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 06-2999, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

SANDRA E. BOOTH, Attorney at Law, of Columbus, Ohio, argued for claimant-appellant.

CLAUDIA BURKE, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and TRACEY P. WARREN, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 6, 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |